IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

MARQUAN L. WILSON,     )
    )
    Petitioner,     )
    )
vs.     )     Civil No. 16-00702-CV-W-ODS
    )     Crim. No. 07-00287-01-CR-W-ODS
UNITED STATES OF AMERICA,     )
    )
    Respondent.     )

<u>ORDER OF DISMISSAL</u>

Pending is Petitioner's Motion to Dismiss Second or Successive Motion to Correct Sentence under 28 U.S.C. § 2255. Doc. #8. On September 2, 2016, the Eighth Circuit denied Petitioner's request to file a successive habeas petition. Accordingly, Petitioner's motion is granted and the case is dismissed.


IT IS SO ORDERED.

    /s/ <u>Ortrie D. Smith</u>
    ORTRIE D. SMITH, SENIOR JUDGE
DATE: October 11, 2016     UNITED STATES DISTRICT COURT